**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SILVIA A. BRANDON PEREZ,<br>        Plaintiff(s),<br>        (Petitioner)<br><br>    v.<br><br>GENERAL MOTORS CORPORATION, et al.,<br>        Defendant(s).<br>        (Respondent) | No. CV 15/3093 JCS<br><br>**ORDER RE APPLICATION TO<br>PROCEED IN FORMA PAUPERIS**<br>AND SERVICE OF PROCESS |

(  ) IT IS ORDERED that the application to proceed in forma pauperis is GRANTED. Issuance of summons and service by United States Marshal for the Northern District of California serve, without prepayment of fees, a copy of the complaint and any amendment, scheduled orders, attachments, plaintiff's affidavit and this order upon the defendant.

(X) The complaint having been found to comply with Title 28 USC § 1915, IT IS FURTHER ORDERED that the Clerk issue summons and IT IS FURTHER ORDERED that the U.S. Marshal for the Northern District of California serve, without prepayment of fees, a copy of the first amended complaint and any amendment, scheduled orders, auca amounts, plaintiff's affidavit and this order upon the defendants.

(  ) IT IS ORDERED that the application to proceed in forma pauperis is DENIED, and that the filing fee of $400.00 be paid no later than _____. Failure to pay the filing fee by that date will result in dismissal of the above-entitled action without prejudice. The plaintiff is hereby apprised of his/her responsibility to serve the complaint and any amendment, scheduled orders, pursuant to Rule 4, Federal Rules of Civil Procedure. Plaintiff has a continuing obligation to keep the Court informed of his/her current address. Failure to do so may result in dismissal of this action.

(  ) IT IS ORDERED that the application to proceed in forma pauperis is DENIED and the plaintiff is further ordered that:

    (  ) Filing fee paid in part: partial payment of $_____ due on _____, remaining balance to be paid.

    (  ) Partial payment of $_____ due on _____, remaining balance due and payable on _____.

    (  ) Partial payment of $_____ due on _____, remaining balance due in installments as follows: _____.

Failure to pay this amount will result in dismissal of the above-entitled action without prejudice. The plaintiff is hereby apprised of his/her responsibility to serve the complaint and any amendment, scheduled orders, pursuant to Rule 4, Federal Rules of Civil Procedure. Plaintiff has a continuing obligation to keep the Court informed of his/her current address. Failure to do so may result in dismissal of this action.

Date: September 24, 2015

IT IS SO ORDERED

_____<br>UNITED STATES MAGISTRATE JUDGE<br>Judge Joseph C. Spero

(Not to be used in PRISONER OR HABEAS CORPUS cases- see PFD-CA/9 - rev. 02/24/2015)