UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILVIA A. BRANDON PEREZ,<br><br>        Plaintiff.<br><br>    v.<br><br>GENERAL MOTORS CORPORATION, et al.,<br><br>        Defendants. | Case No.  15-cv-03093-JCS<br><br>**ORDER TO SHOW CAUSE** |

Pursuant to Civil L.R. 16-2, a case management conference was scheduled on December 4, 2015, before this Court in the above-entitled case.  Plaintiff was not present.  Defendant was not present.

IT IS HEREBY ORDERED that Plaintiff appear on **January 15, 2016, at 2:00 p.m.,** before Chief Magistrate Judge Joseph C. Spero, in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and then and there to show cause why this action should not be dismissed for Plaintiff's failure to appear at the case management conference on December 4, 2015, for failure to prosecute, and for failure to comply with the Court's Notice Rescheduling Case Management, dated September 25, 2015.  A case management conference is also scheduled for **January 15, 2016**, **at 2:00 p.m.**

IT IS SO ORDERED.

Dated:  December 8, 2015

_____
JOSEPH C. SPERO
Chief Magistrate Judge

United States District Court
Northern District of California

1
2
3
4                             UNITED STATES DISTRICT COURT
5                            NORTHERN DISTRICT OF CALIFORNIA
6
7   SILVIA A. BRANDON PEREZ,                    Case No.  15-cv-03093-JCS
                    Plaintiff,
8
                                                **CERTIFICATE OF SERVICE**
9        v.

10  GENERAL MOTORS CORPORATION, et
    al.,
11                  Defendants.

12          I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S.
13  District Court, Northern District of California.

14          That on December 8, 2015, I SERVED a true and correct copy(ies) of the attached, by
    placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by
15  depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery
    receptacle located in the Clerk's office.
16

17  Silvia A. Brandon Perez
    2997 Hardeman Street
18  Hayward, CA 94541

19

20
    Dated: December 8, 2015
21

22                                              Susan Y. Soong
                                                Clerk, United States District Court
23

24

25                                              By:_____
                                                Karen Hom, Deputy Clerk to Chief
26                                              Magistrate JOSEPH C. SPERO

27

28
                                               2